# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Castel, P .Kevin | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>08/07/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (ex officio as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. Board of Managers | Havens Relief Fund Society (uncompensated) |
| 4. Trustee | Family Irrevocable Trust (uncompensated) (Brk Act #9 on Part VII) |
| 5. Director | Federal Judges Association (uncompsensated) |
| 6. Chair | New York State-Federal Judicial Council (uncompensated) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. 3/4/13 | Cahill Gordon & Reindel LLP renouncement of all future payments. (Copy filed with 2012 FDR.) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | St. John's University (income as salary) |
| 2. 2019 | Indepedent contractor serving as hearing officer for New York City Dept of Educ (compensated on per case basis) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | April 15-16, 2019 | Dallas, Tx | Meeting | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | E | Dividend | N | T | | | | | |
| 2. | Brk Act #1Fidelity Cash Reserves [FDRXX] | D | Dividend | N | T | | | | | |
| 3. | Brk Act #1 Fidelity Asset Manager Mutual Fd [FASGX] | E | Dividend | N | T | | | | | |
| 4. | Brk Act #1 Fidelity Aggressive Growth Mutual Fd [FAMRX] | E | Dividend | N | T | | | | | |
| 5. | Brk Act #1 Fidelity Balanced [FBALX] | E | Dividend | N | T | | | | | |
| 6. | Brk Act #1 Fidelity MSCI Info [FTEC] | A | Dividend | K | T | | | | | |
| 7. | Brk Act #1 Fidelity NASDAQ [FNCMX] | C | Dividend | L | T | | | | | |
| 8. | Brk Act #1 Fidelity [FZDXX] | B | Int./Div. | M | T | Buy | 07/17/19 | M | | |
| 9. | Brk Act#1 Fidelity MSCI Real Estate ETF | B | Dividend | K | T | | | | | |
| 10. | Brk Act #4 First Eagle Overseas Fund Class A | A | Dividend | J | T | | | | | |
| 11. | Brk Act #4 LM [SB] Appreciation Fd CL A(Part VIII) | C | Dividend | M | T | | | | | |
| 12. | Brk Act #4 LM [SB] Large Cap Grwth FD CL A | A | Dividend | N | T | | | | | |
| 13. | Brk Act #4 Morgan Stanley NY Muni Money Mkt Fd CL A | A | Interest | M | T | | | | | |
| 14. | Brk Act #4 US Treasury bill | A | Interest | | | Sold | 11/19/19 | M | A | |
| 15. | | | | | | Redeemed (part) | 10/15/19 | N | A | |
| 16. | | | | | | Redeemed (part) | 09/19/19 | N | A | |
| 17. | Brk Act #4 VFH | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #4 Lacey Township NJ BRD ED SCH 3.25/20[19] | A | Interest | | | Redeemed | 01/15/19 | L | A | |
| 19. Brk Act #4 NJ High Ed 4.5/21 | A | Interest | J | T | | | | | |
| 20. Brk Act #4 NY Gen Oblig BDS-G1 5.5/21 | B | Interest | | | Redeemed | 04/18/19 | L | A | |
| 21. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | B | Interest | K | T | | | | | |
| 22. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | A | Interest | K | T | | | | | |
| 23. Brk Act #4 NJ Trans 5.25/23 | B | Interest | K | T | | | | | |
| 24. Brk Act #4 NJ State Trans 5.25/23 | C | Interest | L | T | | | | | |
| 25. Brk Act #4 NJ State Trans 5/24 | B | Interest | L | T | | | | | |
| 26. Brk Act #4 NJ EDA Sch Facs Ser EE 5.25/25 | C | Interest | L | T | | | | | |
| 27. Brk Act #4 NJ TFA Rev Ser B 5.25/25 | C | Interest | L | T | | | | | |
| 28. Brk Act #4 NJ Econ Dev Auth Sch Facs Const Ref-NN 5/26 | B | Interest | L | T | | | | | |
| 29. Brk Act #4 NJ Econ Dev Auth School 5.25/26 | D | Interest | M | T | | | | | |
| 30. Brk Act #4 NJ St. Trans Auth Ser - A 0/26 | A | Interest | L | T | | | | | |
| 31. Brk Act #4 NY NY 5/28 | B | Interest | K | T | | | | | |
| 32. Brk Act #4 NY NY 5/28 | B | Int./Div. | K | T | | | | | |
| 33. Brk Act #4 NYS Thruway 5/28 | C | Interest | M | T | | | | | |
| 34. Brk Act #4 NY NY IDA Rev AGC 6.125/29 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Brk Act #4 NJ St. Trans TRFD Sys - A 5.125/29 | C | Interest | K | T | | | | | |
| 36. Brk Act #4 NYS Dorm Auth 5/29 | C | Interest | M | T | | | | | |
| 37. Brk Act #4 NJ TFARev Ser B 5.25/36 | D | Interest | M | T | | | | | |
| 38. Brk Act #4 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | L | T | | | | | |
| 39. Brk Act #4 Port Au NY & NJ 4.5/25 | C | Interest | | | Redeemed | 09/16/19 | L | A | |
| 40. Brk Act #4 ADP | A | Dividend | J | T | | | | | |
| 41. Brk Act #4 CDK | A | Dividend | J | T | | | | | |
| 42. Brk Act #4 BR | A | Dividend | J | T | | | | | |
| 43. Brk Act #4 BBY | A | Dividend | J | T | | | | | |
| 44. Brk Act #4 IBM | A | Dividend | J | T | | | | | |
| 45. Brk Act #4 KMB | A | Dividend | J | T | | | | | |
| 46. Brk Act #4 AVNS Part VIII | | None | J | T | | | | | |
| 47. Brk Act #4 KSS | A | Dividend | J | T | | | | | |
| 48. Brk Act #4 MDT | A | Dividend | K | T | | | | | |
| 49. Brk Act #4 MSFT | A | Dividend | K | T | | | | | |
| 50. Brk Act #4 WMT | A | Dividend | J | T | | | | | |
| 51. Brk Act #4 WBA | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Brk Act #4 VIG | B | Dividend | M | T | | | | | |
| 53. | Brk Act #7 Bank Dep. Prog. Morgan Stanley Bank, N.A. | A | Interest | M | T | | | | | |
| 54. | Brk Act # 7 PWC | A | Dividend | L | T | | | | | |
| 55. | Brk Act #9 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 56. | Brk Act #9 EEM | A | Dividend | K | T | | | | | |
| 57. | Brk Act #9 PZI | A | Dividend | | | Sold | 02/27/19 | K | B | |
| 58. | Brk Act #9 MFS Intl New Disc Fund A [MIDAX} | A | Dividend | K | T | | | | | |
| 59. | Brk Act #9 NYS G/O BDS-A 0/19 | A | Interest | | | Redeemed | 02/15/19 | K | A | |
| 60. | Brk Act #9 PR Comm H & T 0/20 | A | Interest | K | T | | | | | |
| 61. | Brk Act #9 XLF | A | Dividend | J | T | | | | | |
| 62. | Brk Act #9 SPY | C | Dividend | M | T | | | | | |
| 63. | Brk Act #9 VIG | B | Dividend | M | T | | | | | |
| 64. | Brk Act #9 XLRE | A | Dividend | J | T | | | | | |
| 65. | Brk Act #10 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | K | T | | | | | |
| 66. | Brk Act #10 NJ Turnpike Auth Ser - H 5/20 | A | Interest | K | T | Redeemed (part) | 01/02/19 | J | A | |
| 67. | Brk Act #10 NY St. Dorm Auth North Shore Rev A 5/21 | B | Interest | L | T | | | | | |
| 68. | Brk Act #10 NJ Health Care Facs 5/21 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Brk Act #10 Delaware Riv Jt Toll Bridge 5/22 | B | Interest | L | T | | | | | |
| 70. Brk Act #10 St. of Connecticut Health Facs 5/22 | B | Interest | | | Redeemed | 02/13/19 | L | A | |
| 71. Brk Act #10 Piedmont Mun Pwr Agy 5/23 | B | Interest | L | T | | | | | |
| 72. Brk Act #10 Monmouth Cnty NJ 5/23 | C | Interest | L | T | | | | | |
| 73. Brk Act #10 NJ Health Care Facs Fing Auth 5/23 | B | Interest | L | T | | | | | |
| 74. Brk Act #10 Monmouth Cnty NJ Impt Auth Lease 5/23 | B | Interest | L | T | | | | | |
| 75. Brk Act #10 Delaware Riv & Bay Auth Del Rev B 5/24 | B | Interest | L | T | | | | | |
| 76. Brk Act #10 Moorestown Twp NJ School Dist 5/24 | B | Interest | L | T | | | | | |
| 77. Brk Act #10 Hamilton Twp. Mercer Cnty NJ 5/25 | C | Interest | L | T | | | | | |
| 78. Brk Act #10 NJ St Edl Fac Auth Rev-A 5/25 | C | Interest | L | T | | | | | |
| 79. Brk Act #10 Port Auth NY & NJ Con 5/26 | C | Interest | L | T | | | | | |
| 80. Brk Act #10 NJ Turnpike Auth Rev Ser B 5/26 | B | Interest | L | T | | | | | |
| 81. Brk Act #10 Metropolitan Trans Auth 5/26 | B | Interest | L | T | | | | | |
| 82. Brk Act #10 Monmouth Cnty NJ Impt 5/27 | C | Interest | L | T | | | | | |
| 83. Brk Act #10 Hudson Cnty NJ Impt 5/29 | B | Interest | L | T | | | | | |
| 84. Brk Act #10 Mercer Cnty NJ Impt Auth 5/27 | B | Interest | L | T | | | | | |
| 85. Brk Act #10 Port Auth of NY & NJ Consld Rev 194 5/27 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Castel, P .Kevin** | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Brk Act #10 Hudson Cnty NJ G/O 4/27 | B | Interest | L | T | | | | | |
| 87. Brk Act #10 NJ St Tpk Auth 5/29 | B | Interest | L | T | | | | | |
| 88. Brk Act #10 NYC TFA 5/29 | C | Interest | M | T | | | | | |
| 89. Brk Act #10 NYC TFA Rev-F3 5/30 | C | Interest | M | T | | | | | |
| 90. Brk Act #10 Burlingtn Cnty NJ 5/30 | C | Interest | M | T | | | | | |
| 91. Brk Act #10 NY St. Environ FACS 5/30 | C | Interest | L | T | | | | | |
| 92. Brk Act #10 NY ST Dorm Auth 5/30 | A | Interest | J | T | Buy | 01/18/19 | J | | |
| 93. Brk Act #10 NY ST Dorm Auth 5/30 | D | Interest | M | T | Buy | 01/18/19 | M | | |
| 94. Brk Act #10 NYC Muni WTR 5/30 | C | Interest | M | T | Buy | 04/16/19 | L | | |
| 95. Brk Act #10 NY ST Dorm Auth Sales Tax 5/31 | C | Interest | L | T | Buy | 10/28/19 | L | | |
| 96. Brk Act #10 NY NY City Muni Wtr 5/32 | C | Interest | L | T | | | | | |
| 97. Brk Act #10 NY NY City TFA 5/33 | C | Interest | M | T | | | | | |
| 98. Brk Act #10 Dorm Auth NY St. Johns 5/33 | C | Interest | M | T | | | | | |
| 99. Brk Act#10 NY NY City Transitional 4/33 | C | Interest | M | T | Buy | 09/16/19 | L | | |
| 100. Brk Act #10 NY ST Dorm Auth Sales Tax 5/33 | C | Interest | L | T | Buy | 09/30/19 | L | | |
| 101. Brk Act #10 NY St Environmental 5/34 | C | Interest | L | T | | | | | |
| 102. Brk Act #10 NY ST Dorm Auth Sales Tax 5/24 | C | Interest | M | T | Buy | 05/15/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Brk Act #10 NYC TFA Future Tax 5/35 | D | Interest | M | T | Buy | 03/01/19 | M | | |
| 104.  Brk Act #10 New York NY 5/35 | C | Interest | M | T | Buy | 08/05/19 | L | | |
| 105.  Brk Act #10 New York NY 5/35 | C | Interest | M | T | Buy | 06/12/19 | L | | |
| 106.  Brk Act #13 Fidelity Equity Inc[FEQIX] | F | Dividend | P1 | T | | | | | |
| 107.  Brk Act #13 Fidelity Inter Bond [FTHRX] (H) | C | Interest | M | T | | | | | |
| 108.  Brk Act #13 Fidelity Capital Apprec [FDCAX] | F | Dividend | N | T | | | | | |
| 109.  Brk Act #13 Fidelity Retire Mmkt[Cash Reserves][FDRXX] [FCRXX] [FCRXX] | A | Interest | K | T | | | | | |
| 110.  Bank Act #14 Chase Accounts | A | Interest | K | T | | | | | |
| 111.  Brk Act #5 Fidelity Smart Account | A | Interest | J | T | | | | | |
| 112.  Bank Act#16 TD Bank | | None | J | T | | | | | |
| 113.  Brk Act #17 Bank Deposit Program Morgan Stanley | A | Interest | K | T | | | | | |
| 114.  Real Estate Long Island NY #1 | | None | N | W | | | | | |
| 115.  Brk Act # 18 Citibank CD | A | Interest | K | T | Buy | 03/22/19 | K | | |
| 116.  Brk Act # 19 Ciitibank CD | A | Interest | K | T | Buy | 03/22/19 | K | | |
| 117.  Bank Acct #20 First Nat Bank of LI | A | Interest | L | T | | | | | |
| 118.  Brk Act # 21 Fidelity SPAXX | A | Interest | N | T | | | | | |
| 119.  Brk Act # 21 Texas Cap Bank Dallas (CD) 2.7/11/29/19 | C | Interest | | | Matured | 11/29/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Brk Act #21 US Treas zero cpn 0/7/5/2019 | A | Interest | | | Matured | 07/05/19 | L | | |
| 121.  Brk Act #21 US Treas 11/30/2019 | B | Int./Div. | | | Matured | 12/02/19 | L | | |
| 122.  Brk Act # 21 Wells Fargo (CD) 2.8/8/17/20 | D | Interest | L | T | | | | | |
| 123.  Brk Act #21 Wells Fargo (CD)2.45/10/15/2019 | C | Interest | | | Matured | 10/15/19 | L | | |
| 124.  Brk Act #21 FAMRX | A | Int./Div. | J | T | | | | | |
| 125.  Brk Act #21 FASCX | A | Int./Div. | J | T | | | | | |
| 126.  Brk Act # 21 FBALX | A | Int./Div. | K | T | | | | | |
| 127.  Brk Act # 21 FLCSX | B | Int./Div. | J | T | | | | | |
| 128.  Brk Act #21 FTBALX | A | Int./Div. | J | T | | | | | |
| 129.  Brk Act #21 PONX | C | Int./Div. | L | T | | | | | |
| 130.  Brk Act #22 Fidelity FCASH (Part VIII) | A | Interest | | | Closed | 07/16/19 | J | | |
| 131.  Brk Act 23 Fidelity SPAXX (Part VIII) | A | Interest | | | Closed | 07/16/19 | J | | |
| 132.  Brk Act #24 Fidelity FAMRX | A | Interest | J | T | | | | | |
| 133.  Brk Act #24 SPAXX | A | Int./Div. | K | T | | | | | |
| 134.  Brk Act #25 Fidelity FAMRX | A | Int./Div. | J | T | | | | | |
| 135.  Brk Act # 25 SPAXX | A | Int./Div. | J | T | | | | | |
| 136.  Brk Act #26 St. John's Univ DefiContribPlan TIAA Traditional | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Brk Act #26 TIAA Real Estate | A | Int./Div. | K | T | | | | | |
| 138.  Brk Act# 26 CREF Bond Mkt R2 | A | Int./Div. | K | T | | | | | |
| 139.  Brk Act #26 CREF Stock R2 | A | Int./Div. | M | T | | | | | |
| 140.  Brk Act #26 Western Asset CorPlsBnd IS | A | Int./Div. | J | T | | | | | |
| 141.  Brk Act# 27 TIAA Tax Deferred AnnuityTIAA Traditional | A | Int./Div. | J | T | | | | | |
| 142.  Brk Act#27 TIAA Real Estate | A | Int./Div. | J | T | | | | | |
| 143.  Brk Act #27 CREF Stock R2 | A | Int./Div. | J | T | | | | | |
| 144.  Bank Act # 28 AMEX Savings | A | Interest | M | T | Buy | 11/26/19 | M | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 130  Brk Act # 22 FCash  on July 16, 2019 the remining balance of this cash equivalent was transferred to another account at Fidelity, Brk Act# 21
Line 131 Brk Act # 23 SPAXX on July 16, 2019 the remaining balance of this cash equivalent (under the reporting thresshold) was transferred to anotherr acocunt
 at Fidelity,, Brk Act #22.

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 08/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ P .Kevin Castel**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544